FILED
2020 Jun-11  AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LUCIO ARREGUIN VEGA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>MAGNOLIA HOMES OF  )<br>ALABAMA, LLC, *et al.*,  )<br>  )<br>   Defendants.  )<br>  ) | 7:20-cv-00251-LSC |

## ORDER

The Court acknowledges receipt of the parties' Joint Stipulation of Dismissal (doc. 7) filed on June 1, 2020. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** on June 11, 2020.

_____
L. Scott Coogler
United States District Judge

199455